ENT JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MILTON SIMS, | Case No. CV 08-00936 AHM (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| JOSEPH K. WOODRING, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Magistrate Judge's related Report and Recommendation ("R&R") and the Court's related Order adopting and approving the R&R, the Petition is dismissed without prejudice.

Dated: October 31, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY